**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **3:02-CR-78** |
| | ) | **JUDGE JARVIS/SHIRLEY** |
| **WALTER WILLIAMS** | ) | |

**O R D E R**

On the petition of the United States of America by James R. Dedrick, Acting United States Attorney for the Eastern District of Tennessee,

It is ordered that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad prosequendum to the Warden of the West Tennessee State Prison, Henning, Tennessee 38041, to bring Walter Williams (TOMAS #206395, Register No.: 30224-074) before this Court at Knoxville, Tennessee, on May 3, 2006, at 11:00 a.m., for resentencing, or for his case to be otherwise disposed of upon said indictment heretofore returned against him, and each day thereafter until said case is disposed of, and immediately thereafter be returned to said West Tennessee State Prison, Henning, Tennessee 38041.

And it is further ordered that in the event the Warden of said West Tennessee State Prison, Henning, Tennessee 38041, so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, is directed to receive said Walter Williams (TOMAS #206395, Register No.: 30224-074) into his custody and transport him to and from said

West Tennessee State Prison, Henning, Tennessee 38041, and this Court for the aforesaid

purpose.

ENTER:

___s/ C. Clifford Shirley, Jr.___
United States Magistrate Judge